UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>YE, WEI SHUN<br>Defendant. | USDC Cr. Cs. No. 04-00007-003<br><br>TERMINATION |

FILED
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re:   Report and Order Terminating Term of Supervised Release

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on November 15, 2005. I therefore recommend that she be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this _17th_ day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

****************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Ye, Wei Shun be discharged from supervised release and that the proceeding in the case be terminated.

Dated this _18th_ day of November 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands

RECEIVED
NOV 1 8 2005
Clerk
District Court
For The Northern Mariana Islands