```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    NOV 21 2005
     IN THE UNITED STATES DISTRICT COURT
                   FOR THE                       For The Northern Mariana Islands
         NORTHERN MARIANA ISLANDS                 By_____
                                                         (Deputy Clerk)
```

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00007-003 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| WEI SHUN YE, | ) | |
| Defendant. | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this  21st day of  November , 2005

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

LIST AO 187

## EXHIBIT AND WITNESS LIST

| United States of America -vs- YE, WEI SHUN | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| **Government's Attorney** Patrick Smith, AUSA | **Defendant's Attorney** G. Anthony Long, Esq. | **Docket Number** CR-04-00007-003 |
| | | **Trial Date(s)** August 9 & 10, 2004 |
| **Presiding Judge** Alex R. Munson, Chief Judge | **Court Reporter** Sanae Shmull | **Courtroom Deputy** Galo L. Perez |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) - GODOFREDO AGAWA, 8/9/2004 |
| 48 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Boat exterior |
| 49 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Boat interior |
| 50 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Agawa, Godofredo |
| 51 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Rancapan, Jose Dalton |
| 52 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Chen, Fei Nong |
| 53 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Lin, Qiu Xiang |
| 54 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 55 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 56 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 57 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 58 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 59 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 60 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Ye, Wei Shun |
| 61 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 62 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 63 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 64 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 65 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| | | | | | (2) - PATRICK DELA CRUZ 8/9/2004 |
| | | | | | (3) - MARK A. NELSON 8/9/2004 |
| | A-1 | | 8/9/04 | | Photograph |
| | A-2 | | 8/9/04 | | Photograph |
| | A-3 | | 8/9/04 | | Photograph |
| | A-4 | | 8/9/04 | | Photograph |
| | A-5 | | 8/9/04 | | Photograph |
| | A-6 | | 8/9/04 | | Photograph |
| | A-7 | | 8/9/04 | | Photograph |
| | A-8 | | 8/9/04 | | Photograph |
| | A-9 | | 8/9/04 | | Photograph of Ye, Wei Shun |
| | A-10 | | 8/9/04 | | Photograph |
| | A-11 | | 8/9/04 | | Photograph |
| | A-12 | | 8/9/04 | | Photograph |
| | A-13 | | 8/9/04 | | Photograph |
| | A-14 | | 8/9/04 | | Photograph |
| | | | | | (4) - MICHAEL HERNANDEZ 8/9/2004 |
| | | | | | (5) - XU, YI MING |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (6) - JUAN TAISACAN DELA CRUZ 8/9/2004 |
| 1 | | 8/9/04 | 8/9/04 | 8/9/04 | Immigration Information |
| | | | | | (7) - LING, HUI FANG 8/10/2004 |
| | | | | | (8) - MARGARITA WONNENBERG 08/10/2004 |
| 70 | | 8/10/04 | 8/10/04 | 8/10/04 | PF7 of Ye, Wei Shun under CR-03-00041 |
| 67 | | 8/10/04 | 8/10/04 | 8/10/04 | Order Setting Conditions of Release |
| 68 | | 8/10/04 | 8/10/04 | 8/10/04 | Appearance Bond |
| 69 | | 8/10/04 | 8/10/04 | 8/10/04 | Criminal Case Information, Docket sheets with copies of record of CR-03-00041 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page _2_ of _2_ Pages