F I L E D
Clerk
District Court

DEC - 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00007-003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | EXIHIBIT WITHDRAWAL RECEIPT |
| ) | |
| WEI SHUN YE, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: 12/09, 2005

Acknowledge by: _____
Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

RECEIVED

LIST AO 187

# EXHIBIT AND WITNESS LIST

| United States of America -vs- YE, WEI SHUN | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| **Government's Attorney** Patrick Smith, AUSA | **Defendant's Attorney** G. Anthony Long, Esq. | **Docket Number** CR-04-00007-003 |
| | | **Trial Date(s)** August 9 & 10, 2004 |
| **Presiding Judge** Alex R. Munson, Chief Judge | **Court Reporter** Sanae Shmull | **Courtroom Deputy** Galo L. Perez |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) - GODOFREDO AGAWA, 8/9/2004 |
| 48 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Boat exterior |
| 49 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Boat interior |
| 50 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Agawa, Godofredo |
| 51 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Rancapan, Jose Dalton |
| 52 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Chen, Fei Nong |
| 53 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Lin, Qiu Xiang |
| 54 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 55 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 56 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 57 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 58 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 59 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 60 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph of Ye, Wei Shun |
| 61 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 62 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 63 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 64 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| 65 | | 8/9/04 | 8/9/04 | 8/9/04 | Photograph |
| | | | | | (2) - PATRICK DELA CRUZ 8/9/2004 |
| | | | | | (3) - MARK A. NELSON 8/9/2004 |
| | A-1 | | 8/9/04 | | Photograph |
| | A-2 | | 8/9/04 | | Photograph |
| | A-3 | | 8/9/04 | | Photograph |
| | A-4 | | 8/9/04 | | Photograph |
| | A-5 | | 8/9/04 | | Photograph |
| | A-6 | | 8/9/04 | | Photograph |
| | A-7 | | 8/9/04 | | Photograph |
| | A-8 | | 8/9/04 | | Photograph |
| | A-9 | | 8/9/04 | | Photograph of Ye, Wei Shun |
| | A-10 | | 8/9/04 | | Photograph |
| | A-11 | | 8/9/04 | | Photograph |
| | A-12 | | 8/9/04 | | Photograph |
| | A-13 | | 8/9/04 | | Photograph |
| | A-14 | | 8/9/04 | | Photograph |
| | | | | | (4) - MICHAEL HERNANDEZ 8/9/2004 |
| | | | | | (5) - XU, YI MING |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | (6) - JUAN TAISACAN DELA CRUZ 8/9/2004 |
| 1 |  | 8/9/04 | 8/9/04 | 8/9/04 | Immigration Information |
|  |  |  |  |  | (7) - LING, HUI FANG 8/10/2004 |
|  |  |  |  |  | (8) - MARGARITA WONNENBERG 08/10/2004 |
| 70 |  | 8/10/04 | 8/10/04 | 8/10/04 | PF7 of Ye, Wei Shun under CR-03-00041 |
| 67 |  | 8/10/04 | 8/10/04 | 8/10/04 | Order Setting Conditions of Release |
| 68 |  | 8/10/04 | 8/10/04 | 8/10/04 | Appearance Bond |
| 69 |  | 8/10/04 | 8/10/04 | 8/10/04 | Criminal Case Information, Docket sheets with copies of record of CR-03-00041 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.